# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV59

| | |
|---|---|
| PAUL ANTONIO ERVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| R.F. HAMMOND, JR., J.C. LONG, ) | |
| CAPTAIN LEVINS, D.L. KELLOUGH, ) | |
| RON STARLING, E. NORRIS TOLSON, ) | |
| E.D. DUFT, and ) | |
| JAMES A. SMALLRIDGE ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties, and/or the parties themselves, shall appear before the undersigned on **April 24, 2007** prepared to summarize the status of this case and to argue any pending motions. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **April 24, 2007** for a Status and Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS FURTHER ORDERED** that pursuant to the requirements of Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(A) the parties shall confer and file a written report of that conference along with a proposed discovery plan, jointly if possible, on or before **April 19, 2007**.

**SO ORDERED**.

Signed: March 29, 2007

_David C. Keesler_
United States Magistrate Judge